UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JOHN R. SEYMOUR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV. NO. 3:19-CV-00357 |
| | ) | (POPLIN) |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF REMAND UNDER SENTENCE FOUR
OF 42 U.S.C. § 405(g) WITH REMAND TO DEFENDANT AND INSTRUCTION TO
ASSIGN TO A NEW ADMINISTRATIVE LAW JUDGE**

Before the Court are the Parties' Joint Motion to for Entry of Judgment [Doc. 21] and

Plaintiff's Motion for Summary Judgment [Doc. 18].

Pursuant to the power of this Court under sentence four of section 405(g) of the Social

Security Act, 42 U.S.C. § 405(g) and in light of the joint motion to remand this action, the Court

now, upon substantive review, hereby **GRANTS** the Joint Motion for Entry of Judgment [**Doc.**

**21**], remanding this cause to the Commissioner according to the following terms. *See Shalala v.*

*Schaefer,* 509 U.S. 292, 296 (1993).

On remand, the Appeals Council will remand the case to a different ALJ pursuant to Social

Security Ruling (SSR) 19-1p, and instruct the new ALJ to further evaluate the opinion evidence,

reconsider Plaintiff's residual functional capacity, with psychiatric or psychological expert

evidence, if necessary; and, if warranted, obtain vocational expert evidence.

Plaintiff's Motion for Summary Judgment [Doc. 18] is therefore **DENIED AS MOOT**.

The Commissioner's Motion for Extension of Time [Doc. 20] is also **DENIED AS MOOT**.  The

Court will enter a separate judgment will issue pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

**IT IS SO ORDERED.**

ENTER:

Debra C. Poplin
United States Magistrate Judge